MCO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED IN OPEN COURT
SEP 2 5 2008
CHARLES R. DIARD, JR
CLERK

| UNITED STATES OF AMERICA | * | CRIM. NO. 08-00313-CG |
| --- | --- | --- |
| v. | * | USAO NO. 08R00387 |
| JACKIE RAY KELLEY and JIMMY MARK DEES | * | Violations: 18 USC § 922(j)<br>18 USC § 922(g)(1) |

### INDICTMENT

THE GRAND JURY CHARGES:

#### COUNT ONE

On or about August 31, 2007, in the Southern District of Alabama, Southern Division, the defendant,

**JACKIE RAY KELLEY**

knowingly did receive, possess and conceal a stolen firearm, namely:

1) Taurus model 627, .357 Magnum caliber revolver, serial number SG749187;

2) Glock model 23, .40 caliber pistol, serial number BTL036US;

3) Charles Daly model Field, 12 gauge shotgun, serial number 3112178;

4) Winchester model 94, .30-30 caliber lever-action rifle, serial number 3715646; and,

5) Remington model 710, .30-06 caliber rifle, serial number 71146241,

which **JACKIE RAY KELLEY** knew had been stolen and which had been previously shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(j).

## COUNT TWO

On or about August 31, 2007, in the Southern District of Alabama, Southern Division, the defendant,

### JACKIE RAY KELLEY

having been convicted of crimes punishable by imprisonment for a term exceeding one (1) year, to-wit: Burglary, Third Degree, in the Circuit Court of Mobile County on June 11, 1991, Case No. 91-737; Possession of Forged Instrument, Second Degree, in the Circuit Court of Mobile County on August 21,1992, Case No. 92-2763; and, Robbery, Third Degree, in the Circuit Court of Mobile County on August 21, 1992, Case Nos. 92-2764 and 92-2765, did knowingly possess, in and affecting commerce, a firearm, namely:

1) Taurus model 627, .357 Magnum caliber revolver, serial number SG749187;

2) Glock model 23, .40 caliber pistol, serial number BTL036US;

3) Charles Daly model Field, 12 gauge shotgun, serial number 3112178;

4) Winchester model 94, .30-30 caliber lever-action rifle, serial number 3715646; and,

5) Remington model 710, .30-06 caliber rifle, serial number 71146241,

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

On or about August 31, 2007, in the Southern District of Alabama, Southern Division, the defendant,

### JIMMY MARK DEES

knowingly did receive, possess and conceal a stolen firearm, namely:

2

1) Taurus model 627, .357 Magnum caliber revolver, serial number SG749187;

2) Glock model 23, .40 caliber pistol, serial number BTL036US;

3) Charles Daly model Field, 12 gauge shotgun, serial number 3112178;

4) Winchester model 94, .30-30 caliber lever-action rifle, serial number 3715646; and,

5) Remington model 710, .30-06 caliber rifle, serial number 71146241,

which **JIMMY MARK DEES** knew had been stolen and which had been previously shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(j).

## COUNT FOUR

On or about August 31, 2007, in the Southern District of Alabama, Southern Division, the defendant,

**JIMMY MARK DEES**

having been convicted of crimes punishable by imprisonment for a term exceeding one (1) year, to-wit: Receiving Stolen Property, First Degree, in the Circuit Court of Mobile County on February 27, 2002, Case No. 01-3660 and Burglary, Third Degree, in the Circuit Court of Mobile County on December 18, 1992, Case Nos. 92-3343 thru 92-3345, did knowingly possess, in and affecting commerce, a firearm, namely:

1) Taurus model 627, .357 Magnum caliber revolver, serial number SG749187;

2) Glock model 23, .40 caliber pistol, serial number BTL036US;

3) Charles Daly model Field, 12 gauge shotgun, serial number 3112178;

4) Winchester model 94, .30-30 caliber lever-action rifle, serial number 3715646;

and,

5)   Remington model 710, .30-06 caliber rifle, serial number 71146241,

In violation of Title 18, United States Code, Section 922(g)(1).

                              A TRUE BILL

                              _____
                              FOREMAN UNITED STATES GRAND JURY
                              SOUTHERN DISTRICT OF ALABAMA

DEBORAH J. RHODES
UNITED STATES ATTORNEY
by:

*/s/ Michele C. O'Brien*
Michele C. O'Brien
Assistant United States Attorney

*/s/ Maria E. Murphy*                  SEPTEMBER 2008
Maria E. Murphy
Assistant United States Attorney
Acting Chief, Criminal Division